IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN BYRD                                                                                    PLAINTIFF

v.                                    No. 4:10-cv-712-DPM

UNIVERSITY OF ARKANSAS
AT LITTLE ROCK; JOEL E. ANDERSON
individually and in his official capacity as
Chancellor; and CHARLES W. DONALDSON,
individually and in his official capacity as
Vice Chancellor for Education and Student
Services                                                                                      DEFENDANTS

ORDER

This Court's stay expired 1 October 2011. *Document No. 44.* Byrd has not filed the required status report about his current health circumstances. Having not heard anything since Byrd's motion of 28 June 2011, the Court assumes that Byrd's health problems are continuing and that he is unable to pursue his case. The Court therefore dismisses his case without prejudice. Motions, *Document Nos. 30 & 32*, denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 October 2011