IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN BYRD                                                                              PLAINTIFF

v.                                        No. 4:10-cv-712-DPM

UNIVERSITY OF ARKANSAS
AT LITTLE ROCK; JOEL E. ANDERSON
individually and in his official capacity as
Chancellor; and CHARLES W. DONALDSON,
individually and in his official capacity as
Vice Chancellor for Education and Student
Services                                                                               DEFENDANTS

JUDGMENT

Byrd's case is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 October 2011